IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 31 PM 5:07

CLERK_____
SO. DIST. OF GA.

MICHAEL A. JOHNSON,

    Plaintiff,

v.

STEPHEN L. JACKSON, Ware
County Superior Court Judge, and
RICHARD E. CURRIE, Ware
County District Attorney,

    Defendants.

CIVIL ACTION NO.: CV507-060

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 31st day of October, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)